### WILLIAMSON v. NEW YORK EDISON CO.

(Supreme Court, Appellate Division, First Department. October 23, 1908.)

DISMISSAL AND NONSUIT (§ 60*)—WANT OF PROSECUTION—DISMISSAL PROPER.
It was improper to refuse to dismiss a complaint, where defendant established an unreasonable delay in prosecuting the action and plaintiff showed no excuse.

[Ed. Note.—For other cases, see Dismissal and Nonsuit, Cent. Dig. §§ 140–142; Dec. Dig. § 60.*]

Appeal from Special Term.

Action by Mary Williamson against the New York Edison Company. From an order refusing to dismiss the complaint, defendant appeals. Reversed, and motion granted.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and SCOTT, JJ.

James J. Mahoney, for appellant.

PER CURIAM. The defendants show the necessary facts to establish unreasonable delay in the prosecution of the action, and the plaintiff shows no excuse whatever, not even filing an affidavit. Under these circumstances the motion should have been granted.

Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes